# Image Deleted

# Duplicate Entry